```
1   Lawrence J. Gornick (SBN 136290)
    Emily Charley (SBN 238542)
2   LEVIN SIMES KAISER & GORNICK LLP
    One Bush Street, 14th Floor
3   San Francisco, California 94104
    Tel: (415) 646-7160
4   Fax: (415) 981-1270
5
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JIMMY MARSIGLIA, | ) | No. C 06 1449 MJJ |
| | ) | |
| Plaintiff, | ) | Before the Honorable MARTIN J. JENKINS |
| | ) | |
| vs. | ) | [PROPOSED] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS; L.P.; ASTRAZENECA, L.P.; ELI LILLY AND COMPANY; JOHNSON & JOHNSON JANSSEN PHARMACEUTICA, L.P. a/k/a JANSSEN PHARMACEUTICA, INC. | ) ) ) ) ) ) | Conference Date: MAY 30, 2006<br>Conference Time: 2:00 p.m.<br>Location: Courtroom 11, 19TH Fl. |
| Defendant. | ) | |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 30, 2006 Case Management Conference ("CMC") to September 26, 2006, at 2:00 pm. In the event the case is not transferred to the Honorable Claudia Wilken and/or the Eastern District of New York as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 5 court days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED**

DATED: 5/23/2006

_____
HONORABLE MARTIN J. JENKINS
United States District Court Judge

---

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE

1